■ FIDELITY & CASUALTY COMPANY OF NEW YORK, Plaintiff, v. JOHN S. FINCH, Defendant.— Motion to stay execution of judgment. Execution of

judgment stayed for a period of 30 days from the date of the notice of the entry of the order to be entered herein. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.